# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTY VALENTINE, | |
|         Plaintiff(s), | Case No. 2:14-cv-0999-RCJ-NJK |
| vs. | ORDER DENYING PROPOSED DISCOVERY PLAN |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al., | (Docket No. 12) |
|         Defendant(s). | |

Pending before the Court is the parties' Proposed Discovery Plan and Scheduling Order, Docket No. 12, which is **DENIED** for the reasons discussed below.[1] First, proposed discovery plans must state the date on which the first defendant answered or otherwise appeared. Local Rule 26-1(e)(1). The parties failed to do so. Second, proposed discovery plans must state the number of days sought for discovery calculated from the date the first defendant answers or otherwise appears. Local Rule 26-1(e)(1). The parties failed to do so. Third, where a discovery period is sought that is longer than 180 days calculated from the date the first defendant answers or otherwise appears, the parties must indicate "SPECIAL SCHEDULING REVIEW REQUESTED" on the face of the plan and must explain why additional time is necessary. Local Rule 26-1(d). The parties seek a discovery period of 234 days, but improperly indicated that their discovery plan complied with the

---

[1] The Court notes that the parties also failed to comply with the Local Rules with respect to the deadline for filing a proposed discovery plan. *See* Docket No. 11.

presumptively reasonable schedule outlined in Local Rule 26-1(e) and provide no reason justifying a period for discovery longer than 180 days.  Fourth, proposed discovery plans must include a signature block for the assigned judge's approval.  Local Rule 26-1(e)(5).  The parties failed to include a signature block.

Accordingly, the parties' proposed discovery plan is **DENIED**.  The parties shall file, no later than August 21, 2014, a proposed discovery plan that complies with the applicable local rules.

IT IS SO ORDERED.

DATED: August 14, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

2