ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
E-Mail: Robert.Freeman@lewisbrisbois.com
PAMELA L. MCGAHA, ESQ.
Nevada Bar No. 008181
Email: Pamela.McGaha@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
*Attorneys for Defendant*
*STATE FARM MUTUAL INSURANCE AUTOMOBILE COMPANY ("State Farm")*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTY VALENTINE, individually, <br><br> Plaintiff, <br><br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; a Foreign Corporation, DOES I – X, and ROE CORPORATIONS I-X, inclusive, <br><br> Defendant. | CASE NO. 2:14-cv-0999-RCJ-NJK <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING RESPONSE AND REPLY TO STATE FARM'S MOTION FOR SUMMARY JUDGMENT** |

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant, through their respective undersigned counsel of record, that the deadline for *Plaintiff's Response to [21] Motion for Summary Judgment* (Docket no. 24] was extended through January 15, 2015.  It is also stipulated and agreed that the deadline for Defendant's *Reply* to *Plaintiff's Response to [21]*

///
///
///
///
///
///

4812-9846-5057.1

*Motion for Summary Judgment* be extended two weeks from its present due date of Monday, February 2, 2015.  Defendant will file its Reply by 5:00 pm, PDT, on Monday, February 16, 2014.

DATED this 29th day of January, 2015.                    DATED this 29th day of January, 2015.

RICHARD HARRIS LAW FIRM                                  LEWIS BRISBOIS BISGAARD SMITH LLP

/s/ A.J. Sharp                                           /s/ Pamela L. McGaha
_____                          _____
RICHARD HARRIS, ESQ.                                     ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 505                                       Nevada Bar No. 003062
A.J. SHARP, ESQ.                                         PAMELA L. MCGAHA, ESQ.
Nevada Bar No. 11457                                     Nevada Bar No.  008181
801 S. Fourth St.                                        6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89101                                  Las Vegas, Nevada 89118
*Attorneys for Plaintiff*                                *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED:

January 29, 2015
_____                                             _____
DATED                                                    UNITED STATES DISTRICT JUDGE

4812-9846-5057.1                          2