# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTY VALENTINE,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　　Defendant(s). | Case No. 2:14-cv-00999-RCJ-NJK<br><br>**ORDER**<br><br>(Docket No. 29) |

　　　　Pending before the Court is a stipulation to extend various deadlines, Docket No. 29, which is hereby DENIED without prejudice. The pending stipulation seeks to extend the interim status report deadline, the initial expert disclosure deadline and the rebuttal expert disclosure deadline, the current deadlines for which have already expired. *See* Docket No. 29. Requests to extend discovery deadlines must be filed at least 21 days before the subject deadlines sought to be extended. *See* Local Rule 26-4. For requests to extend deadlines filed after that time period–or, even worse, after the deadline has already expired–the party or parties seeking the extension must make a showing of excusable neglect. *See* Local Rule 26-4; *see also* Fed. R. Civ. P. 6(b)(1)(B). A showing of excusable neglect has not been made, so the pending stipulation is DENIED without prejudice.

　　　　IT IS SO ORDERED.

　　　　DATED: February 20, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE